IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**WILLOW WALLACE**,

        Plaintiff,

    v.

**ANDREW SAUL**,
Commissioner of Social Security,

        Defendant.

Case No. 3:20-cv-1189-SI

**ORDER**

**Michael H. Simon, District Judge.**

        Plaintiff moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF 20. Defendant does not oppose Plaintiff's request. The Court has reviewed Plaintiff's petition and agrees with the parties that the EAJA petition is proper and the amount requested is reasonable. The Court therefore GRANTS Plaintiff's unopposed amended application for attorney's fees (ECF 20), denies Plaintiff's original application (ECF 17) as moot, and ORDERS that, pursuant to the EAJA, attorney's fees in the amount of $5,734.73 are awarded to Plaintiff. The Court orders that the attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's

attorney, Chad Hatfield, and mailed to Plaintiff's attorney's mailing address at: 8131 W Klamath Ct, Ste D, Kennewick, WA 99336. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge